

# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

RONALD RAAB*  
IRA A. STURM****  
ARI D. GANCHROW**

MAURA E. BREEN***  
SAMUEL R. BLOOM*****

\* ADMITTED IN NY  
\*\*ADMITTED IN NY AND NJ  
\*\*\*ADMITTED IN NY AND CT  
\*\*\*\*ADMITTED IN NY AND FLA  
\*\*\*\*\*ADMITTED IN NY, NJ AND MD

March 27, 2024

**VIA ECF ELECTRONIC FILING**
Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

    Re:    <u>Manny Pastreich, as Trustee, et al., v. USP Holdings L.L.C., et al., Civil Action No. 24-cv-905</u>

Dear Judge Ho:

    Our firm is counsel for Plaintiffs Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Health Fund (the "Fund"). The Fund asks that the Initial Conference Scheduled before Your Honor for **April 3, 2024 at 2:30 p.m.** regarding this matter be adjourned *sine die*. This Conference has not been previously adjourned, and no prior requests to do so have been made.

    Defendants USP Holdings L.L.C. and U Street Parking Inc. ("Defendants") each have not appeared in this action. The Clerk of Court issued Clerk's Certificates noting the Default of each Defendant on March 26, 2024. See ECF Document 18-19. Pursuant to Your Honor's Rules of Practice, the Fund is finalizing a Motion for Default Judgment, with supporting papers, and commits to file said papers no later than April 3, 2024. In light of Defendants' nonappearance, and the pending motion, the Fund asks that the Conference be adjourned *sine die*.

    Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

*/s/ SB*

Samuel R. Bloom

Cc: Defendants (via regular mail)
1208 9th St. NW
Washington, D.C. 20001

Application **GRANTED.** The initial pretrial conference is **ADJOURNED**, sine die. Plaintiffs state that they intend to file a motion for default judgment by April 3, 2024. In addition to the materials described in Individual Rule 3(h), Plaintiffs shall file a letter by **April 3, 2024,** describing their efforts to provide actual notice of this lawsuit to Defendants. So Ordered.

Dale E. Ho
United States District Judge
Dated: March 28, 2024
New York, New York