

# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM****
ARI D. GANCHROW**

MAURA E. BREEN***
SAMUEL R. BLOOM*****

\* ADMITTED IN NY
\*\* ADMITTED IN NY AND NJ
\*\*\* ADMITTED IN NY AND CT
\*\*\*\* ADMITTED IN NY AND FLA
\*\*\*\*\* ADMITTED IN NY, NJ AND MD

> Application **GRANTED.** Plaintiffs shall file their motion for a default judgment by **April 17, 2024.** Plaintiffs shall serve this order on Defendants via any mutually-agreeable means and file proof of service on ECF by **April 5, 2024.** So Ordered.
>
> The Clerk of Court is respectfully directed to close the motion at ECF No. 22.
>
> _/s/ Dale E. Ho_
> Dale E. Ho
> United States District Judge
> Dated: April 3, 2024
> New York, New York

**VIA ECF ELECTRONIC FILING**
Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 705
New York, New York 10007

Re: **Manny Pastreich, as Trustee, et al., v. USP Holdings L.L.C., et al., <u>Civil Action No. 24-cv-905</u>**

Dear Judge Ho:

Our firm is counsel for Plaintiffs Manny Pastreich, as Trustee, and the Trustees of the Building Service 32BJ Health Fund (the "Fund"). Presently, the Fund's deadline to file its Motion for Default Judgment is tomorrow, April 3, 2024. The Fund asks that this deadline be extended two (2) weeks, to April 17, 2024. This deadline has not been previously extended, and no requests to do so have been made.

Although Defendants have not yet appeared in this matter, this afternoon the undersigned spoke at length with them regarding the Fund's claims, and Defendants have committed to provide information to the Fund that may aid in settlement. It has been represented that Defendants are committed to resolving this issue amicably if possible, and in short order. To allow for these discussions to continue, and to prevent the accrual of additional legal fees, the Fund asks that the deadline be extended.

Thank you for your attention to this matter. If you have any questions or concerns, please do not hesitate to contact me.

Respectfully submitted,

_/s/ Samuel R. Bloom_

Samuel R. Bloom

Cc: Defendants (via regular mail)
1208 9th St. NW
Washington, D.C. 20001